ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
UNITES STATES OF AMERICA
:
                Government,        18 Mag. 5565
:
  -against-                           ORDER
:
JEREMY ALLEN

:

                Defendant    :

-------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge:

       IT IS HEREBY ORDERED: The Clerk of Court, Southern District of New York, is directed to accept the sum of $500.00 to secure the defendants Appearance Bond, which was initially posted in the Northern District of Georgia pending further order of the court.

Dated:    August 1, 2018
             New York, New York

                                                SO ORDERED

                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge